# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Hardin,<br><br>         Plaintiff,<br><br>   v.<br><br>Vyaire Medical, Inc., et al.,<br><br>         Defendant(s). | SACV 18-00078 JVS (JDEx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: January 7, 2019

                                              James V. Selna<br>                                  United States District Judge